UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C18-0857-JCC |
| Plaintiff, | ORDER |
| v. | |
| WESTERN HOLSTEIN FARMS, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 9). The Court has considered the motion and the relevant record and FINDS that:

(1) Defendant Western Holstein Farms, Inc., was properly served in this matter on or about July 11, 2018 (Dkt. Nos. 6, 8);

(2) The Clerk entered an order of default against Defendant on October 16, 2018 (Dkt. No. 8);

(3) Defendant has failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, Plaintiff's motion for default judgment (Dkt. No. 9) is GRANTED in its entirety. The Court ORDERS as follows:

That Plaintiff is awarded judgment against Defendant in the amounts hereinafter listed,

1  which amounts are due to the Plaintiff's Trust by Defendant for its inclusive employment of
2  members of the bargaining unit represented by Local 63 with which Defendant has valid
3  collective bargaining agreements, and which amounts are due by reason of its specific
4  acceptance of the Declarations of Trust for the audit period March 1, 2015 through November
5  30, 2017: for contributions of $40,546.27, for liquidated damages of $8,109.25, for pre-judgment
6  interest of $3,765.72, for attorney fees of $1,180.20, and for costs of $503.00; all for a total of
7  $54,104.44.

DATED this 7th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE